# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

127470

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ALLEN FLEETWOOD,
         Plaintiff-Appellant,

v

GOVERNOR OF MICHIGAN,
         Defendant-Appellee.

SC: 127470
COA: 258059
Marquette CC: 04-041821-CZ

_____/

On order of the Court, the application for leave to appeal the October 8, 2004 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

_____
Clerk